IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WEBB,       )<br>                    )<br>    Plaintiff,  )<br>                    )<br> vs.                )<br>                    )<br> G.D. SEARLE, LLC (hereinafter )<br> "Searle") a subsidiary of PHARMACIA )<br> CORPORATION, (hereinafter )<br> "Pharmacia"), a Foreign Corporation; )<br> MONSANTO COMPANY; PFIZER )<br> INC., and fictitious Defendants )<br> A, B, C and D being those persons, )<br> firms or corporations whose actions, )<br> inactions, fraudulent suppression, )<br> fraud, scheme to defraud and/or other )<br> wrongful conduct caused or contributed )<br> to the Plaintiff's injuries and damages, )<br> and whose true names and identities )<br> are presently unknown to the Plaintiff )<br> but will be substituted by amendment )<br> when ascertained, )<br>                    )<br>    Defendants.  ) | CIVIL ACTION NO. 1:05CV500-T |

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorney for Defendant, Pfizer Inc., hereby certifies that on May 26, 2005, Defendant caused to be filed with the Clerk of Court for the Circuit Court for Geneva County, Alabama, a Notice of Removal to the United States District Court for the Middle District of Alabama, Southern Division, a copy of which is attached.

_____
Lawrence B. Clark
Wendy A. Madden
Gilbert C. Steindorff, IV
Attorneys for Pfizer Inc., G.D. Searle, LLC and Pharmacia Corporation and Monsanto Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the ___ day of May, 2005:

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL