IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-500-T |
| ) | |
| G. D. SEARLE, LLC, ET AL, ) | |
| ) | |
| Defendant ) | |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 3rd day of June, 2005.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE