IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) CV-05-00500-MHT-VPM |
| | ) |
| G.D. SEARLE LLC, ET AL | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD, AND NOTICE OF APPEARANCE

COMES NOW Wendy A. Madden and moves this Court for permission to withdraw as counsel of record for Defendants in this matter. Defendants will continue to be represented by the law firm of ADAMS AND REESE / LANGE SIMPSON LLP, and Michael L. Wade, Jr. of that firm hereby gives notice of his appearance as substitute counsel of record for Defendants. As grounds therefore, Wendy A. Madden states that effective August 15, 2005, she will no longer be practicing at ADAMS AND REESE / LANGE SIMPSON LLP and she will be practicing at Balch & Bingham, LLP.

Respectfully submitted,

/s/Wendy A. Madden.
Wendy A. Madden (MAD-032)


/s/Michael L. Wade, Jr.
Michael L. Wade, Jr. (WAD-020)

OF COUNSEL:
ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing pleading has been served on all counsel of record by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 5th day of August, 2005.

Navan Ward, Jr.
Andy D. Birchfield, Jr.
Paul Sizemore
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P. O. Box 4160
Montgomery, Alabama 36103-4160


                      /s/Wendy A. Madden
                      OF COUNSEL