IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV500-T |
| | ) [WO] |
| G.D. SEARLE LLC, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of the Motion To Withdraw, filed on 5 August 2005 by Wendy A. Madden, Esq. (Doc. # 6), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 11th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 1:05-cv-00500-MHT-VPM     Document 7     Filed 08/11/2005     Page 2 of 2