# SIDLEY AUSTIN BROWN & WOOD LLP

| | | |
|---|---|---|
| BEIJING | BANK ONE PLAZA | LOS ANGELES |
| BRUSSELS | 10 S. DEARBORN STREET | NEW YORK |
| CHICAGO | CHICAGO, ILLINOIS 60603 | SAN FRANCISCO |
| DALLAS | TELEPHONE 312 853 7000 | SHANGHAI |
| GENEVA | FACSIMILE 312 853 7036 | SINGAPORE |
| HONG KONG | www.sidley.com | TOKYO |
| LONDON | FOUNDED 1866 | WASHINGTON, D.C. |

WRITER'S DIRECT NUMBER
(312) 853-7694

WRITER'S E-MAIL ADDRESS
sgourley@sidley.com

September 19, 2005

**By Facsimile (Letter Only) and Federal Express**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   MDL-1699 *In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation*

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Pfizer Inc., by its attorneys, hereby notifies the Panel of the potential tag-along actions in MDL-1699 listed on the attached Schedules A and B.

Schedule A lists the actions that do not include claims against Merck & Co. related to Vioxx. Schedule B lists the actions that do allege claims against Merck & Co. related to Vioxx, in addition to the claims relating to Bextra and Celebrex.

Enclosed are copies of the complaint and docket sheet (where available) for each action. Please do not hesitate to contact me if you have any questions about the above.

SIDLEY AUSTIN BROWN & WOOD LLP                                CHICAGO

Clerk of the Panel
September 14, 2005
Page 2

                                          Very truly yours,

                                        Sara J. Gourley

Enclosures

cc:    Counsel of Record (Letter Only)

## **SCHEDULE A**

### Middle District of Alabama

*Robert Webb v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-500, Hon. Myron H. Thompson

*Frank Klinger v. G.D. Searle, LLC. et al.*, C.A. No. 2:05-475, Hon. Susan Russ Walker

*Clarice Hare v. G.D. Searle, LLC. et al.*, C.A. No. 2:05-476, Hon. Mark E. Fuller

*Barbara Clem v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-593, Hon. Myron H. Thompson

*Phyllis McCord v. G.D. Searle, LLC. et al.*, C.A. No. 2:05-594, Hon. Mark E. Fuller

*Katie Thomas v. Pfizer, Inc. et al.*, C.A. No. 2:05-824, Hon. Susan Russ Walker

*Rosa M. Nelson v. Pfizer, Inc. et al.*, C.A. No. 2:05-832, Hon. Mark E. Fuller

*Ozzie Jackson v. Pfizer, Inc. et al.*, C.A. No. 2:05-841, Hon. Mark E. Fuller

### Northern District of Alabama

*Gloria Mauldin v. Pfizer Inc.*, C.A. No. 2:05-1670, Hon. Paul W. Greene

*Mary Nell McCloud v. G.D. Searle, LLC. et al.*, C.A. No. 2:05-1799, Hon. John E. Ott

*Samanthia Russell v. G.D. Searle, LLC. et al.*, C.A. No. 7:05-1280, Hon. L. Scott Coogler

### Southern District of Alabama

*Cliff Norwood v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-360, Hon. Virgil Pittman

*James Alan Bell v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-361, Hon. Virgil Pittman

*James Rogers Fanning v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-388, Hon. Virgil Pittman

*John Scarcliff v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-397, Hon. W. B. Hand

*Albert Pearson v. G.D. Searle, LLC. et al.*, C.A. No. 1:05-454, Hon. W. B. Hand

*Wilmer Merriweather v. G.D. Searle, LLC. et al.*, C.A. No. 2:05-368, Hon. Sonja F. Bivins

### Central District of California

*Robert Schwartz v. G.D. Searle LLC. et al.*, C.A. No. 2:05-3851, Hon. S. James Otero

*William Acosta et al. v. Pfizer Inc. et al.*, C.A. No. 2:05-6130, Hon. S. James Otero

*Lillie Baker v. Pfizer Inc.*, C.A. No. 5:05-283, Hon. Virginia A. Phillips

<u>District of Connecticut</u>

*Thomas Durica et al. v. Pfizer Inc.*, C.A. No. 3:05-1104, Hon. Janet C. Hall

<u>Middle District of Florida</u>

*Mary Ellen Mule v. Pfizer Inc.*, C.A. No. 3:05-695, Hon. Timothy J. Corrigan

*Tracy Ring v. G.D. Searle, LLC. et al.*, C.A. No. 6:05-1174, Hon. Anne C. Conway

*Harley W. Horne v. Pfizer, Inc.*, C.A. No. 8:05-963, Hon. Steven D. Merryday

<u>Northern District of Florida</u>

*Marie McConnell v. Pfizer Inc.*, C.A. No. 3:05-123, Hon. Roger Vinson

<u>Southern District of Florida</u>

*Clara Fontanilles v. Pficer, Inc.*, C.A. No. 05-21241, Hon. Jose E. Martinez

<u>Northern District of Illinois</u>

*William Adams et al. v. Pfizer, Inc.*, C.A. No. 1:05-2101, Hon. James B. Moran

*Vernon Shephard v. Pfizer, Inc.*, C.A. No. 1:05-3991, Hon. William T. Hart

<u>Southern District of Illinois</u>

*Barbara Mihalich v. Pfizer, Inc.*, C.A. No. 3:04-933, Hon. Michael J. Reagan

*John J. Driscoll v. Pfizer Inc.*, C.A. No. 3:05-252, Hon. G. Patrick Murphy

*Maurice Dulle v. Pharmacia & Upjohn Company. et al.*, C.A. No. 3:05-386, Hon. Michael J. Reagan

<u>Southern District of Indiana</u>

*Sheet Metal Workers Local No. 20 Welfare and Benefit Fund et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-1109, Hon. John D. Tinder

Southern District of Iowa

*Kenneth L. Peterson et al. v. Pfizer Inc.*, C.A. No. 3:05-91, Hon. Charle R. Wolle

District of Kansas

*John Barker v. G.D. Searle, LLC. et al.*, C.A. No. 2:05-2127, Hon. Richard D. Rogers

*Elizabeth Winlaw v. Pharmacia & Upjohn Company et al.*, C.A. No. 2:05-2337, Hon. John W. Lungstrum

*Doris Storlien v. Joel Weigand, M.D. et al.*, C.A. No. 6:05-1283, Hon. J. Thomas Marten

Western District of Kentucky

*John DeHart v. Pfizer, Inc.*, C.A. No. 3:05-476, Hon. John G. Heyburn, II

Eastern District of Louisiana

*Albert Stockfelt et al. v. Pfizer, Inc.*, C.A. No. 2:05-1873, Hon. Carl Barbier

*Sandy Kenny v. Pfizer, Inc.*, C.A. No. 2:05-2114, Hon. Lance M. Africk

*Ronald P. Lockwood v. Pfizer, Inc.*, C.A. No. 2:05-2138, Hon. Mary Ann Vial Lemmon

*Raymond Audler et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-2436, Hon. Lance M. Africk

*Philip Burnson, Jr. et al. v. Pfizer, Inc.*, C.A. No. 2:05-3669, Hon. Martin L.D. Feldman

Western District of Louisiana

*Gayle Swilley et al. v. Pfizer Inc.*, C.A. No. 1:05-761, Hon. Dee D. Drell

*Lessie McCoy v. Pfizer Inc.*, C.A. No. 5:05-715, Hon. S. Maurice Hicks

Eastern District of Michigan

*Frankenmuth Financial Group et al. v. Pfizer, Inc. et al.*, C.A. No. 2:05-71656, Hon. Victoria A. Roberts

District of Minnesota

*Loretta M. Harris v. Pfizer, Inc.*, C.A. No. 0:05-728, Hon. Michael J. Davis

*Rebecca L. Galvan v. Pfizer, Inc.*, C.A. No. 0:05-803, Hon. David S. Doty

*Cheryl M. Snow v. Pfizer, Inc.*, C.A. No. 0:05-1106, Hon. Michael J. Davis

### Northern District of Mississippi

*Judy Shearer v. Pharmacia, Inc. et al.*, C.A. No. 2:05-18, Hon. W. Allen Pepper

### Southern District of Mississippi

*Kathleen Cote v. G.D. Searle LLC et al.*, C.A. No. 1:05-256, Hon. Dan M. Russell, Jr.

*Margaret Stockert v. Pharmacia Corporation et al.*, C.A. No. 1:05-397, Hon. Dan M. Russell, Jr.

*Hugh Rankin Collins et al. v. Pharmacia Corp. et al.*, C.A. No. 2:05-128, Hon. Keith Starrett

*Velma L. Lee v. Pfizer, Inc. et al.*, C.A. No. 5:05-65, Hon. David C. Bramlette, III

*Ernest Lee Pennebaker, Jr. v. Pfizer, Inc.*, C.A. No. 5:05-110, Hon. David C. Bramlette, III

### Eastern District of Missouri

*Willie Baskett v. G.D. Searle, LLC. et al.*, C.A. No. 4:05-720, Hon. Henry E. Autrey

*Shriley Mae Nash v. G.D. Searle, LLC. et al.*, C.A. No. 4:05-871, Hon. Audrey G. Fleissig

*JoLinda Haugh v. Pfizer, Inc.*, C.A. No. 4:05-1162, Hon. Catherine D. Perry

*Vern Bowers v. Pfizer Inc. et al.*, C.A. No. 4:05-1302, Hon. Charles A. Shaw

*Edward Vitt v. Pfizer, Inc. et al.*, C.A. No. 4:05-1303, Hon. Catherine D. Perry

*Donald Cross et al. v. G.D. Searle, LLC. et al.*, C.A. No. 4:05-1343, Hon. Stephen N. Limbaugh

### Western District of Missouri

*Marjorie Messick v. G.D. Searle LLC. et al.*, C.A. No. 4:05-489, Hon. Howard F. Sachs

*Nancy Jones v. Pfizer, Inc.*, C.A. No. 4:05-496, Hon. Ortrie D. Smith

*Bennie McBroom v. G.D. Searle LLC. et al.*, C.A. No. 4:05-543, Hon. Scott O. Wright

*William Banning et al. v. Pfizer Inc.*

*Phillip Kanngiesser et al. v. Pfizer Inc.*

*John Ryan et al. v. Pfizer Inc.*

*Mary McKinney v. Pfizer Inc.*

<ins>District of New Jersey</ins>

*Edward T. Kierstead et al. v. Pfizer, Inc. et al.*, C.A. No. 2:05-2891, Hon. William J. Martini

*Roseanne Sachs et al. v. Pfizer, Inc.*, C.A. No. 2:05-3744, Hon. William J. Martini

<ins>Eastern District of New York</ins>

*Phyllis Weber et al. v. Pfizer, Inc. et al.*, C.A. No. 1:05-3476, Hon. Edward R. Korman

<ins>Southern District of New York</ins>

*Michele Sharon Cardamone v. Pfizer, Inc.*, C.A. No. 1:05-5210, Hon. Kenneth M. Karas

*Cynthia Young v. Pfizer, Inc.*, C.A. No. 1:05-5211, Hon. Kenneth M. Karas

*Cheryl Benford et al. v. Pfizer, Inc.*, C.A. No. 1:05-7542, Hon. Kenneth M. Karas

*Toni Skinner et al. v. Pfizer, Inc.*, C.A. No. 1:05-7543, Hon. Kenneth M. Karas

*Ronald Lipe et al. v. Pfizer, Inc.*, C.A. No. 1:05-7544, Hon. Kenneth M. Karas

*Kathie Stephens et al. v. Pfizer, Inc.*, C.A. No. 1:05-7587, Hon. Richard M. Berman

*Denny Clubb et al. v. Pfizer, Inc.*, C.A. No. 1:05-7588, Hon. Laura Taylor Swain

*Linda Bentley et al. v. Pfizer, Inc.*, C.A. No. 1:05-7589, Hon. Deborah A. Batts

*Bernice Gidseg et al. v. Pfizer, Inc. et al.*, C.A. No. 1:05-7691, Hon. John G. Koeltl

<ins>Northern District of Ohio</ins>

*Sheila Blevins v. G.D. Searle, LLC et al.*, C.A. No. 3:05-7200, Hon. David A. Katz

<ins>Southern District of Ohio</ins>

*Sharon Allen et al. v. G.D. Searle LLC et al.*, C.A. No. 3:05-194, Hon. Thomas M. Rose

*Geraldine Aellig et al. v. G.D. Searle LLC et al.*, C.A. No. 3:05-195, Hon. Thomas M. Rose

*Betty Bragg et al. v. G.D. Searle LLC et al.*, C.A. No. 3:05-196, Hon. Walter H. Rice

*Diane Alexander et al. v. G.D. Searle LLC et al.*, C.A. No. 3:05-197, Hon. Thomas M. Rose

*Curtis L. McEldowney, Jr. et al. v. G.D. Searle LLC et al.*, C.A. No. 3:05-199, Hon. Walter H. Rice

    Western District of Oklahoma

*Ghaleb Awaida v. Pfizer, Inc.*, C.A. No. 5:05-425, Hon. Lee R. West

*Annie Marie Isaacs v. Pfizer, Inc.*, C.A. No. 5:05-426, Hon. Joe Heaton

    District of Oregon

*Louis Sneer v. Pfizer, Inc.*, C.A. No. 3:05-812, Hon. Donald C. Ashmanskas

    Eastern District of Pennsylvania

*Keith Cardone v. Pfizer, Inc. et al.*, C.A. No. 2:05-2169, Hon. Timothy J. Savage

*Jose Martinez v. Pfizer, Inc. et al.*, C.A. No. 2:05-2170, Hon. Robert F. Kelly

*Lynnellen Daniels et al. v. Pfizer, Inc. et al.*, C.A. No. 2:05-2217, Hon. John R. Padova

*James F. Adams v. Pfizer, Inc. et al.*, C.A. No. 2:05-2967, Hon. J. Curtis Joyner

*Robert L. Nichols, Jr. et al., v. Pfizer, Inc. et al.*, C.A. No. 2:05-3469, Hon. J. Curtis Joyner

    District of South Carolina

*Tomm L. Gipe et al. v. Pfizer Inc.*, C.A. No. 2:05-962, Hon. C. Weston Houck

    Middle District of Tennessee

*Consuelo Solis-King et al. v. Pfizer, Inc.*, C.A. No. 3:05-321, Hon. Aleta A. Trauger

    Eastern District of Texas

*James A. Trainor v. Pfizer Inc. et al.*, C.A. No. 1:05-309, Hon. Marcia A. Crone

*Raquel M. Jimenez v. Pfizer Inc.*, C.A. No. 1:05-348, Hon. Thad Heartfield

*Dorothy H. Boudreaux v. Pfizer Inc. et al.*, C.A. No. 1:05-369, Hon. Howell Cobb

*Linda Dyer v. Pfizer Inc.*, C.A. No. 1:05-405, Hon. Marcia A. Crone

*Horace Hebert v. Pfizer Inc. et al.*, C.A. No. 1:05-418, Hon. Howell Cobb

*John G. Morphis v. Pfizer Inc.*, C.A. No. 1:05-431, Hon. Marcia A. Crone

*Kathy Lasdin v. Pfizer Inc.*, C.A. No. 1:05-456, Hon. Marcia A. Crone

*James A. Trainor v. Pfizer, Inc.*, C.A. No. 1:05-459, Hon. Marcia A. Crone

*Dora Jeanne Pickens v. Pfizer Inc. et al.*, C.A. No. 1:05-528, Hon. Howell Cobb

*John Knight v. Pfizer, Inc. et al.*, C.A. No. 1:05-529, Hon. Howell Cobb

*George Carey et al. v. Pfizer Inc. et al.*, C.A. No. 6:05-CV-0342, Hon. William M. Steeger

    Northern District of Texas

*Judy Jones et al. v. Pfizer, Inc. et al.*, C.A. No. 3:05-736, Hon. A. Joe Fish

*Royal B. Nelson et al. v. Pfizer Inc. et al.*, C.A. No. 3:05-867, Hon. Sidney A. Fitzwater

*Carol Cox v. Pfizer Inc.*, C.A. No. 3:05-1237, Hon. Ed Kinkeade

*Mica Lane Uselton et al. v. Pfizer Inc.*, C.A. No. 4:05-383, Hon. John McBryde

    Southern District of Texas

*Deborah D. Crow v. Pfizer Inc. et al.*, C.A. No. 3:05-332, Hon. Samuel B. Kent

*Erma Smith et al. v. Pfizer Inc. et al.*, C.A. No. 4:05-2417, Hon. Lynn N. Hughes

    Western District of Texas

*Robert Eugene German et al. v. Pfizer, Inc.*, C.A. No. 05-411, Hon. Lee Yeakel

    District of Utah

*Dennis P. Jensen v. Pfizer*, C.A. No. 1:05-93, Hon. Bruce S. Jenkins

    Western District of Virginia

*Billy Bailey et al., Pfizer Inc.*, C.A. No. 2:05-35, Hon. James P. Jones

    Northern District of West Virginia

*Dewain L. Howard v. Pfizer, Inc.*, C.A. No. 3:05-30, Hon. W. Craig Broadwater

    Southern District of West Virginia

*Barry R. Hudnall et al. v. Pfizer, Inc. et al.*, C.A. No. 2:05-404, Hon. John T. Copenhaver, Jr.

## **SCHEDULE B**

### Northern District of Alabama

*Earl Darby, Jr. v. Merck & Co., Inc. et al.*, 2:05-896, Hon. Sharon Lovelace Blackburn

*Juanell Y. McBrayer Wilkes et al. v. Merck & Co., Inc. et al.*, 2:05-1214, Hon. Robert R. Armstrong

*Wynelle S. Davis et al. v. Merck & Co., Inc. et al.*, C.A. No. 2:05-1809, Hon Sharon Lovelace Blackburn

*Stan Downey et al. v. Merck & Co., Inc. et al.*, 7:05-1125, Hon R. David Proctor

### Central District of California

*Doris Arvidson et al. v. Merck & Co. Inc.*, C.A. No. 2:05-6128, Hon. Florence-Marie Cooper

### Southern District of California

*William Armbruster et al. v. Merck & Co., Inc., et al.*, C.A. No. 05-1193, Hon. Larry A. Burns

### Southern District of Illinois

*Jackie Collins v. Merck & Co. Inc. et al.*, C.A. No. 3:05-451, Hon. Michael J. Reagan

### Southern District of Indiana

*Judy Engel v. Merck & Co., Inc. et al.*, C.A. No. 3:05-73, Hon. Richard L. Young

### Eastern District of Louisiana

*John Ernest Greenwood Campbell et al., v. Merck & Co., Inc., et al.*, C.A. No. 2:05-1491, Hon. Eldon E. Fallon

*Rudolph H. Valle et al. v. Merck & Co. Inc. et al.*, C.A. No. 2:05-2526, Hon. Eldon E. Fallon

*Debra Ignacio v. Merck & Co., Inc. et al.*, C.A. No. 2:05-2819, Hon. Eldon E. Fallon

### District of Minnesota

*Mylon Larson et al. v. Merck & Company, Inc. et al.*, C.A. No. 0:05-1178, Hon. Joan N. Ericksen

Southern District of Mississippi

*Leona McFarland et al. v. Merck & Company, Inc. et al.*, C.A. No. 2:03-247, Hon. Keith Starrett

*Bettye J. Magee et al. v. Merck & Company, Inc. et al.*, C.A. No. 2:03-249, Hon. Keith Starrett

Eastern District of Missouri

*Clara Jean Hunter v. Merck & Co., Inc. et al.*, C.A. No. 4:05-870, Hon. Henry E. Autrey

*Lillian Farkas v. Merck & Co., Inc. et al.*, C.A. No. 4:05-1163, Hon. Henry E. Autrey

Eastern District of New York

*Alex Cain et al. v. Merck & Co., Inc. et al.*, C.A. No. 1:01-3441, Hon. Sterling Johnson, Jr.

Southern District of New York

*Matthew Cavallo et al. v. Pfizer, Inc. et al.*, C.A. No. 1:05-818, Hon. Kenneth M. Karas

*Rhonda Parker et al. v. Pfizer, Inc. et al.*, C.A. No. 1:05-7567, Hon. Victor Marrero

Eastern District of Pennsylvania

*Mary Henderson v. Merck & Co., Inc. et al.*, C.A. No. 2:04-5987, Hon. Legrome D. Davis

*Maria Camardella v. Merck & Co., Inc. et al.*, C.A. No. 2:05-1908, Hon. Ronald L. Buckwalter

*Willie Brooks v. Merck & Co., Inc. et al.*, C.A. No. 2:05-2222, Hon. Gene E.K. Pratter

Eastern District of Texas

*Kimberly Morris Blackshire v. Merck & Co., Inc. et al.*, C.A. No. 1:05-271, Hon. Marcia A. Crone

*Sandra H. McClelland v. Merck & Co., Inc. et al.*, C.A. No. 1:05-371, Hon. Thad Heartfield

*Michael Wayne Kennett v. Merck & Co., Inc. et al.*, C.A. No. 1:05-441, Hon. Marcia A. Crone

*Jim Wise v. Merck & Co., Inc. et al.*, C.A. No. 1:05-552, Hon. Thad Heartfield

*James Davis v. Merck & Co., Inc. et al.*, C.A. No. 2:05-154, Hon. T. John Ward

Northern District of Texas

*James Booker v. Merck & Co., Inc. et al.*, C.A. No. 3:05-496, Hon. Ed Kinkeade

<u>Southern District of Texas</u>

*Santos Villarreal Layton v. Dario Arango, M.D. et al.*, C.A. No. 7:05-149, Hon. Randy Crane