IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WEBB, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05cv500-T |
| | ) |
| G.D. SEARLE, LLC, et. al., | ) |
| | ) |
|    Defendants. | ) |

**<u>ORDER</u>**

For good cause shown, it is hereby ORDERED that the parties' Joint Motion for a Stay of Proceedings Pending Transfer (Doc. 10) filed on October 12, 2005, is GRANTED. The federal court system has made a consistent effort to consolidate the management of cases involving these drugs in one court - if not one judge, and the Panel on Multi-District Litigation has encouraged centralization of the cases, based on the fact, inter alia, that the cases tend to involve common questions of fact. Accordingly, it is further

ORDERED that this cause is STAYED pending MDL transfer to *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699* or other further action by the MDL.

DONE this the 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE