IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT WEBB,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. CV-05-500-T |
| ) | |
| **G.D. SEARLE, LLC** (hereinafter ) | |
| "Searle") a subsidiary of **PHARMACIA** ) | |
| **CORPORATION,** (hereinafter ) | |
| "Pharmacia"), a Foreign Corporation; ) | |
| **MONSANTO COMPANY; PFIZER** ) | |
| **INC.,** and fictitious Defendants ) | |
| A, B, C and D being those persons, ) | |
| firms or corporations whose actions, ) | |
| inactions, fraudulent suppression, ) | |
| fraud, scheme to defraud and/or other ) | |
| wrongful conduct caused or contributed ) | |
| to the Plaintiff's injuries and damages, ) | |
| and whose true names and identities ) | |
| are presently unknown to the Plaintiff ) | |
| but will be substituted by amendment ) | |
| when ascertained, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF TRANSFER

The undersigned attorney for Defendants hereby gives the Court notice that, on September 29, 2005, the Judicial Panel on Multidistrict Litigation issued a conditional transfer of this action, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), to MDL-1699, *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation.* See Conditional Transfer Order, attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Michael L. Wade*
Lawrence B. Clark
Michael L. Wade, Jr.
Gilbert C. Steindorff, IV
Attorneys for G.D. Searle LLC, Pharmacia Corporation and Pfizer Inc.

**OF COUNSEL:**

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 13th day of October, 2005, I caused the foregoing to be filed via the CM/ECF system, which will automatically provide electronic notice to the following counsel of record:

Navan Ward, Jr.
Andy D. Birchfield, Jr.
Paul Sizemore
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P. O. Box 4160
Montgomery, Alabama 36103-4160

*/s/ Michael L. Wade*
OF COUNSEL

2