

FILED
05 OCT 25 PM 2:38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05 1699 MDL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___F. Supp. 2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 17

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**           **CASE CAPTION**

ALABAMA MIDDLE
   ALM 1  05-500 ✓        Robert Webb v. G.D. Searle, LLC, et al.
   ALM 2  05-475          Frank Klinger v. G.D. Searle, LLC, et al.
   ALM 2  05-476          Clarice Hare v. G.D. Searle, LLC, et al.
   ALM 2  05-593          Barbara Clem v. G.D. Searle, LLC, et al.
   ALM 2  05-594          Phyllis McCord v. G.D. Searle, LLC, et al.

ALABAMA NORTHERN
   ALN 2  05-896          Earl Darby, Jr. v. Merck & Co., Inc., et al.
   ALN 2  05-1670         Gloria Mauldin v. Pfizer, Inc.
   ALN 2  05-1799         Mary Nell McCloud v. G.D. Searle, LLC, et al.
   ALN 7* 05-1125         Stan Downey, et al. v. Merck & Co., Inc., et al.

ALABAMA SOUTHERN
   ALS 1  05-360          Cliff Norwood v. G.D. Searle, LLC, et al.
   ALS 1  05-361          James Alan Bell v. G.D. Searle, LLC, et al.
   ALS 1  05-388          James Rogers Fanning v. G.D. Searle, LLC, et al.
   ALS 1  05-397          John Scarcliff v. G.D. Searle, LLC, et al.
   ~~ALS 1  05-399~~         ~~Larry W. Broadus v. G.D. Searle, LLC, et al.~~         Vacated 10/14/05
   ALS 1  05-454          Albert Pearson v. G.D. Searle, LLC, et al.
   ALS 2  05-368          Wilmer Merriweather v. G.D. Searle, LLC, et al.

CALIFORNIA CENTRAL
   CAC 2  05-3851         Robert Schwartz v. G.D. Searle, LLC, et al.
   ~~CAC 2  05-6130~~         ~~William Acosta, et al. v. Pfizer, Inc., et al.~~         Vacated 10/14/05
   CAC 5  05-283          Lillie Baker v. Pfizer, Inc.

CALIFORNIA SOUTHERN
   CAS 3  05-1193         William Armbruster, et al. v. Merck & Co., Inc., et al.

COLORADO
   CO  1  05-1266         Jannett Graham v. Pfizer, Inc.

CONNECTICUT
   CT  3  05-1104         Thomas Durica, et al. v. Pfizer, Inc.

FLORIDA MIDDLE
   FLM 3  05-695          Mary Ellen Mule v. Pfizer, Inc.
   FLM 6  05-1174         Tracy Ring v. G.D. Searle, LLC, et al.
   FLM 8  05-963          Harley W. Horne v. Pfizer Inc.

FLORIDA SOUTHERN
   FLS 1  05-21241        Clara Fontanilles v. Pfizer, Inc.

IOWA NORTHERN
   IAN 2  05-1032         Jo Anne Pierce v. G.D. Searle, LLC, et al.

SCHEDULE CTO-1 - TAG-ALONG ACTIONS  MDL-1699                                            Page 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **IOWA SOUTHERN** | | |
| IAS 3 05-91 | Kenneth L. Peterson, et al. v. Pfizer, Inc. | |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-2101 | William Adams, et al. v. Pfizer Pharmaceuticals, Inc. | |
| ILN 1 05-3991 | Vernon Shephard v. Pfizer, Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 04-933~~ | ~~Barbara Mihalich v. Pfizer, Inc.~~ | Vacated 10/14/05 |
| ILS 3 05-252 | John J. Driscoll v. Pfizer, Inc., et al. | |
| ILS 3 05-386 | Maurice Dulle v. Pharmacia & Upjohn Co., et al. | |
| **INDIANA SOUTHERN** | | |
| INS 1 05-1109 | Sheet Metal Workers Local No. 20 Welfare & Benefit Fund, et al. v. Pfizer, Inc., et al. | |
| INS 3 05-73 | Judy G. Engel, etc. v. Merck & Co., Inc., et al. | |
| **KANSAS** | | |
| KS 2 05-2127 | John Barker, etc. v. G.D. Searle, LLC, et al. | |
| **KENTUCKY WESTERN** | | |
| KYW 3 05-476 | John DeHart v. Pfizer, Inc. | |
| **LOUISIANA WESTERN** | | |
| ~~LAW 1 05-761~~ | ~~Gayle Swilley, et al. v. Pfizer, Inc.~~ | Opposed 10/14/05 |
| ~~LAW 5 04-701~~ | ~~Leon Bell, et al. v. G.D. Searle & Co., et al.~~ | Vacated 10/14/05 |
| LAW 5 05-715 | Lessie McCoy v. Pfizer, Inc. | |
| **MICHIGAN EASTERN** | | |
| MIE 2 05-71656 | Frankenmuth Financial Group, et al. v. Pfizer, Inc., et al. | |
| **MINNESOTA** | | |
| MN 0 05-803 | Rebecca L. Galvan, etc. v. Pfizer, Inc. | |
| MN 0 05-1106 | Cheryl M. Snow v. Pfizer, Inc. | |
| **MISSOURI EASTERN** | | |
| MOE 4 05-720 | Willie Baskett v. G.D. Searle, LLC, et al. | |
| MOE 4 05-870 | Clara Jean Hunter v. Merck & Co., Inc., et al. | |
| MOE 4 05-871 | Shirley Mae Nash v. G.D. Searle, LLC, et al. | |
| MOE 4 05-1162 | JoLinda Haugh v. Pfizer, Inc. | |
| ~~MOE 4 05-1303~~ | ~~Edward Vitt v. Pfizer, Inc., et al.~~ | Opposed 10/17/05 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-489 | Marjorie Messick v. G.D. Searle, LLC, et al. | |
| MOW 4 05-496 | Nancy Jones v. Pfizer, Inc. | |
| MOW 4 05-543 | Bennie McBroom v. G.D. Searle, LLC, et al. | |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 05-18 | Judy Shearer, etc. v. Pharmacia, Inc., et al. | |
| **NEW JERSEY** | | |
| NJ 1 05-3471 | John Markulec v. Pfizer, Inc. | |
| NJ 2 05-2891 | Edward T. Kierstead, et al. v. Pfizer, Inc. | |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS   MDL-1699                     Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 01-3441 | Alex Cain, et al. v. Merck & Co., Inc., et al. |
| NYE 1 05-3476 | Phyllis Weber, et al. v. Pfizer, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-818 | Matthew Cavallo, et al. v. Pfizer, Inc., et al. |
| NYS 1 05-5210 | Michele Sharon Cardamone v. Pfizer, Inc. |
| NYS 1 05-5211 | Cynthia Young v. Pfizer, Inc. |
| NYS 1 05-7587 | Kathie Stephens v. Pfizer, Inc. |
| NYS 1 05-7588 | Denny Clubb v. Pfizer, Inc. |
| NYS 1 05-7589 | Linda Bentley v. Pfizer, Inc. |
| **OHIO NORTHERN** | |
| OHN 3 05-7200 | Sheila M. Blevins, etc. v. G.D. Searle, LLC, et al. |
| **OHIO SOUTHERN** | |
| OHS 3 05-194 | Sharon Allen, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-195 | Geraldine Aellig, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-196 | Betty Bragg, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-197 | Diane Alexander, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-199 | Curtis L. McEldowney, Jr., et al. v. G.D. Searle, LLC, et al. |
| **OKLAHOMA WESTERN** | |
| OKW 5 05-425 | Ghaleb Aweida v. Pfizer, Inc. |
| OKW 5 05-426 | Annie Marie Isaacs v. Pfizer, Inc. |
| **OREGON** | |
| OR 3 05-812 | Louis Sneer v. Pfizer, Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 04-5987 | Mary Henderson v. Merck & Co., Inc., et al. |
| PAE 2 05-1908 | Maria Camardella, etc. v. Merck & Co., Inc., et al. |
| PAE 2 05-2169 | Keith Cardone v. Pfizer, Inc., et al. |
| PAE 2 05-2170 | Jose Martinez v. Pfizer, Inc., et al. |
| PAE 2 05-2217 | Lynnellen Daniels, et al. v. Pfizer, Inc., et al. |
| PAE 2 05-2222 | Willie Brooks, etc. v. Merck & Co., Inc., et al. |
| PAE 2 05-2967 | James F. Adams v. Pfizer, Inc., et al. |
| PAE 2 05-3469 | Robert L. Nichols, Jr., et al. v. Pfizer, Inc. |
| **SOUTH CAROLINA** | |
| SC 2 05-962 | Tomm L. Gipe, et al. v. Pfizer, Inc. |
| **TENNESSEE MIDDLE** | |
| TNM 3 05-321 | Consuelo Solis-King v. Pfizer, Inc. |
| **TEXAS EASTERN** | |
| TXE 1 05-309 | James A. Trainor v. Pfizer, Inc., et al. |
| TXE 1 05-348 | Raquel M. Jimenez v. Pfizer, Inc. |
| TXE 1 05-369 | Dorothy H. Boudreaux v. Pfizer, Inc., et al. |
| TXE 1 05-378 | Juneid N. Majors, etc. v. Pfizer, Inc. |
| TXE 1 05-383 | Kimberly Morris Blackshire, etc. v. Pfizer, Inc. |
| TXE 1 05-405 | Linda Dyer v. Pfizer, Inc. |
| TXE 1 05-418 | Horace Hebert v. Pfizer, Inc., et al. |
| TXE 1 05-431 | John G. Morphis v. Pfizer, Inc. |
| TXE 1 05-456 | Kathy Lasdin v. Pfizer, Inc. |
| TXE 1 05-459 | James A. Trainor v. Pfizer, Inc. |
| TXE 1 05-528 | Dora Jeanne Pickens v. Pfizer, Inc., et al. |
| TXE 1 05-529 | John Knight v. Pfizer, Inc., et al. |
| TXE 2 05-154 | James Davis, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS  MDL-1699                    Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS NORTHERN** | |
| TXN 3 05-1237 | Carol Cox v. Pfizer, Inc. |
| TXN 4 05-383 | Mica Lane Uselton, et al. v. Pfizer, Inc. |
| **TEXAS SOUTHERN** | |
| TXS 3 05-332 | Deborah D. Crow v. Pfizer, Inc., et al. |
| TXS 4 05-2417 | Erma Smith, et al. v. Pfizer, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 1 05-559 | Winnie Cook, et al. v. Pfizer, Inc. |
| TXW 1 05-560 | Raymond Bonnet, et al. v. Pfizer, Inc. |
| TXW 1 05-561 | Roy Sinclair, et al. v. Pfizer, Inc. |
| TXW 1 05-562 | Debbria Greer v. Pfizer, Inc. |
| **VIRGINIA WESTERN** | |
| VAW 2 05-35 | Billy Bailey, et al. v. Pfizer, Inc. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 3 05-30 | Dewain L. Howard v. Pfizer, Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 05-404 | Barry R. Hudnall, et al. v. Pfizer, Inc., et al. |